This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**CATALINA PADILLA,**

Plaintiff-Appellant,

v.                                                                                    **No. 34,084**

**BERNALILLO COUNTY SHERIFF'S DEPARTMENT and COUNTY OF BERNALILLO,**

Respondents-Appellants.

**APPEAL FROM THE DISTRICT COURT OF BERNALILLO COUNTY**
**Beatrice J. Brickhouse, District Judge**

Whitener Law Firm, P.A.
Thomas M. Allison
Albuquerque, NM

for Appellee

Briones Business Law Consulting, PC
Thomas R. Briones
Albuquerque, NM

for Appellants

**MEMORANDUM OPINION**

**BUSTAMANTE, Judge.**

{1}     Summary affirmance was proposed for the reasons stated in the notice of proposed disposition. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired.

{2}     Affirmed.

{3}     **IT IS SO ORDERED.**


_____
                    **MICHAEL D. BUSTAMANTE, Judge**

**WE CONCUR:**


_____
**CYNTHIA A. FRY, Judge**


_____
**M. MONICA ZAMORA, Judge**